Candy–Lou WHEELOCK, et al.

v.

John HYDE, et al.

Supreme Judicial Court of Maine.

Argued Sept. 15, 1988.
Decided Dec. 9, 1988.

Joseph M. Jabar (orally), Daviau, Jabar & Batten, Waterville, for plaintiffs.

Phillip E. Johnson (orally), Kristen A. Gustafson, Pierce, Atwood, Scribner, Allen, Smith and Lancaster, Augusta, for defendants.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

Candy–Lou and Willis Wheelock appeal from a judgment based on a jury verdict in favor of the defendants in a negligence action in Superior Court, Kennebec County (*Alexander, J.*). Contrary to the Wheelocks' contention, the evidence presented at trial did not compel a finding of negligence on the part of the defendant motor vehicle operator. *See Olsen v. French,* 456 A.2d 869 (Me.1983).

The entry is:

Judgment affirmed.

All concurring.